**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX  441-1533**

**Attorney for Plaintiff, JEAN RIKER**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>    Plaintiff,<br><br>v.<br><br>ROSHAN MINHAS, AJAY MINHAS, CHANDEEP SINGH, individually and dba YOUR FAMILY GROCERY, a General Partnership, MICHAEL TRINH, ANH VU TRINH, dba TALLAC VILLAGE SHOPPING CENTER, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:07-CV-02595-FCD-EFB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |

Plaintiff **JEAN RIKER** and Defendants **ROSHAN MINHAS, AJAY MINHAS, CHANDEEP SINGH, individually and dba YOUR FAMILY GROCERY, a General Partnership, MICHAEL TRINH, ANH VU TRINH, dba TALLAC VILLAGE SHOPPING CENTER** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.  The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: May 7, 2008        /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**JEAN RIKER**


Dated: April 30, 2008     /s/ James T. Kim
James T. Kim, Attorneys for Defendants
**ROSHAN MINHAS, AJAY MINHAS, CHANDEEP SINGH, individually and dba YOUR FAMILY GROCERY, a General Partnership, MICHAEL TRINH, ANH VU TRINH, dba TALLAC VILLAGE SHOPPING CENTER**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>RIKER vs. MINHAS, et al.</u>, Case Number 2:07-CV-2595 FCD EFB, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: May 8, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE